# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HTR RESTAURANTS, INC. D/B/A/ SIEBS PUB, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS, 3382 BABCOCK BOULEVARD, PITTSBURGH, PA 15327, | : : : : : : | No. 317 WAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : : : : : | |
| v. | : : : : | |
| ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530, | : : : : | |
| Respondents | : | |
| JOSEPH TAMBELLINI, INC. D/B/A JOSEPH TAMBELLINI RESTAURANT, 5701 BRYANT STREET, PITTSBURGH, PA 15206, | : : : : : | No. 318 WAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : : : : | |
| v. | : : : : : | |
| ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530, | : : : : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

Whether the Superior Court erred as a matter of law in finding that coordination under Pennsylvania Rule of Civil Procedure 213.1 can only be applied to actions which have been filed at the time coordination is sought?